TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-0142
    E-mail: Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>64 FIREARMS AND VARIOUS AMMUNITION,<br><br>        Defendants. | Case No. 5:22-cv-01002<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11)<br><br>[ATF] |

    The United States of America brings this claim against defendants 64 Firearms And Various Ammunition, and alleges as follows:

**JURISDICTION AND VENUE**

    1.   This is a civil forfeiture action brought pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 881(a)(11).

2. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this District pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are 64 Firearms (the "defendant firearms") and Various Ammunition (the "defendant ammunition"), which are more specifically described in Exhibit A and are collectively referred to herein as the "defendants." The defendants were seized on or about January 12, 2022, during the execution of a state search warrant at the residence of Jiangjun Li ("Li") in Rancho Cucamonga, California[1] (the "Li Residence").

6. The defendants are currently in the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), where they shall remain subject to this Court's jurisdiction pending the resolution of this action.

7. The interests of Chinese nationals Li and Yushan Wang ("Wang") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

Law Enforcement Officers Execute Warrant at Li Residence

8. On October 25, 2021, Li used a fraudulent credit card to purchase a high-end bicycle in Irvine, California. An investigation revealed that Li made multiple fraudulent purchases related to high-end bicycles in Southern California from October 25, 2021 through at least November 6, 2021.

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of personal residences are set forth in this Complaint.

2

9. On January 11, 2022, the Irvine Police Department ("PD") obtained a state search warrant for the Li Residence and Li's vehicle in order to locate the fraudulently purchased bicycles and accessories.

10. On January 12, 2022, the Irvine PD executed the search warrant at the Li Residence.

### Law Enforcement Officers Seize The Defendants

11. During execution of the state search warrant at the Li Residence, the Irvine PD found six fraudulently purchased bicycles in the residence including in the rear shed of the house.  Officers also discovered in plain view a marijuana grow and dozens of firearms.

12. Upon discovery of the dozens of firearms, the Irvine PD contacted ATF Special Agent Paul Kirwan ("SA Kirwan").  SA Kirwan entered the backhouse and observed a large, unlocked cabinet containing a large number of firearms.  Throughout the room, SA Kirwan observed large quantities of firearms parts and accessories, primarily magazines.  SA Kirwan also saw additional firearms throughout the room and a work bench with a 3-D printer.  A photograph depicting some of SA Kirwan's observations is set forth below:



3

13. In the same room as the firearms, SA Kirwan observed a large number of supplies, chemicals, and packaging materials commonly used for growing marijuana. Connected to the backhouse was a smaller room with an open door that had hydroponic lighting and fans on. Through the doorway, SA Kirwan saw what appeared to be a container holding harvested marijuana plants. Hanging from multiple ropes, like clothes lines, was recently harvested marijuana currently being dried out by the fans. A photograph depicting some of SA Kirwan's observations is set forth below.



14. SA Kirwan began to examine some of the firearms and quickly identified multiple firearms that are illegal to possess in California. SA Kirwan also observed that many of the firearms were loaded with ammunition or had loaded magazines nearby that could be quickly loaded into the firearm. SA Kirwan also saw a work bench with a 3-D printer, which can be used for illegal firearms manufacturing.

15. SA Kirwan spoke with Li's wife, Wang, who was also present at the Li Residence. SA Kirwan asked her about the firearms and marijuana found in the backhouse. Wang stated that the items in the

backhouse belonged to Li, as well as to another unidentified third party who had returned to China.

16. SA Kirwan walked around the house and observed a high-end security camera system containing multiple security cameras located at different exterior vantage points around the residence.

17. ATF seized 64 firearms and approximately 701 rounds of assorted ammunition (i.e., the defendants), approximately 0.8 kilograms of marijuana, and three different containers holding firearms parts and accessories.

### FIRST CLAIM FOR RELIEF

18. Based on the facts set forth above, plaintiff alleges that the defendant firearms were used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances which have been manufactured, distributed, dispensed, or acquired in violation of law.  The defendant firearms are therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11).

### SECOND CLAIM FOR RELIEF

19. Based on the facts set forth above, plaintiff alleges that the defendants were involved or used in knowing violation of 18 U.S.C § 924(c) (possession of defendants in furtherance of a drug trafficking crime).  The defendants are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendants;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

5

  (c) that this Court decree forfeiture of the defendants to the United States of America for disposition according to law; and

  (d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: June 17, 2022

TRACY L. WILKISON  
United States Attorney  
SCOTT M. GARRINGER  
Assistant United States Attorney  
Chief, Criminal Division  
JONATHAN GALATZAN  
Assistant United States Attorney  
Chief, Asset Forfeiture Section

  /s/ *Maxwell Coll*  
MAXWELL COLL  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

VERIFICATION

I, PAUL KIRWAN, hereby declare that:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the case agent for the forfeiture matter entitled <u>United States of America v. 64 Firearms and Various Ammunition</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 17, 2022, in Riverside, California.

PAUL KIRWAN
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives