TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-0142
    E-mail:  Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>64 FIREARMS AND VARIOUS AMMUNITION<br><br>        Defendants. | No. CV 5:22-cv-01002 MCS (SPx)<br><br>**WARRANT** |

    TO: BUREAU OF ALCHOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

    A Verified Complaint for Forfeiture having been filed in this action,

    IT IS ORDERED that you attach 64 Firearms and Various Ammunition, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that

1

they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED: 6/22/2022

KIRY K. GRAY, Clerk of Court

_J. Tillman_
Deputy Clerk

2