JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>64 FIREARMS AND VARIOUS AMMUNITION,<br><br>    Defendants. | NO. 5:22-cv-01002-MCS-SP<br><br>[PROPOSED] CONSENT JUDGMENT OF FORFEITURE |

    Plaintiff, the United States of America, and Potential Claimant Jiangjun Li ("Potential Claimant") have made a stipulated request for the entry of this Consent Judgment.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   The Government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Potential Claimant has chosen not to file a claim or an answer. The Government has not received any other claims or

1 answers, and the time for filing claims and answers has expired.
2 This Court has jurisdiction over the Potential Claimant Jiangjun
3 Li.  Potential Claimant has agreed to the forfeiture of the
4 defendant assets.  Any potential claimants to the defendant assets
5 other than Jiangjun Li are deemed to have admitted the allegations
6 of the Complaint.  Nothing in this consent judgment is intended or
7 should be interpreted as an admission of wrongdoing by the
8 Potential Claimant, nor should this consent judgment be admitted
9 in any criminal proceeding against the Potential Claimant to prove
10 any of the facts relied upon to establish reasonable cause for the
11 seizure of the defendant assets.
12     2.   The government shall have judgment as to the defendant
13 assets and no other person or entity shall have any right, title,
14 or interest therein.  The Government shall dispose of the
15 defendant assets in accordance with the law.
16     3.   The Court finds that there was reasonable cause for the
17 seizure of the defendant assets and the institution of this
18 action.  This judgment constitutes a certificate of reasonable
19 cause pursuant to 28 U.S.C. § 2465.
20     //
21     //
22     //
23
24
25
26
27
28

4. Each of the parties shall bear its own fees and costs incurred in connection with this action.

IT IS SO ORDERED.

Dated: October 7, 2022

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE